### Mrs. Lillie SWAGGERTY v. Charles LILLIE et al.
### No. 1369.

Court of Appeal of Louisiana, First Circuit.

Oct. 3, 1934.

Rownd & Warner, of Hammond, for appellant.

Jos. M. Blache, Jr., of Hammond, for appellees.

LE BLANC, Judge.

For reasons assigned in the opinion this day handed down in the case of S. C. Swaggerty et al. v. Charles Lillie et al. (La. App.) 156 So. 782, the judgment appealed from in this case is hereby affirmed.